CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jeremy Dominick Vancura**<br>DOB: 1992; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-3269MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 U.S.C. § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about October 2, 2025, in the District of Arizona, **Jeremy Dominick Vancura**, knowing or in reckless disregard that a certain alien, Alejandro Medias-Sanchez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about October 2, 2025, in the District of Arizona, **Jeremy Dominick Vancura**, knowing that a certain illegal alien, Alejandro Medias-Sanchez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 2, 2025, in the District of Arizona (Rio Rico), Border Patrol agents (BPAs) in a plain clothes group were monitoring a frequent alien smuggling pickup location, where drivers pick up aliens for transport further into the United States. The location was on Via Independencia, in Rio Rico, Arizona. BPAs witnessed a silver sedan stop in the middle of the roadway and drop off an individual. The subject then ran into a brushy area next to the roadway where the individual remained for several hours. BPAs maintained visual as alien smuggling organizations frequently drop off aliens along roads in areas of brush where they can hide to await the next vehicle to pick them up. As BPAs maintained visual, they later saw a Hyundai Sonata bearing Texas License Plate XGN3765 driving on Via Independencia from Camino Caralampi. The Hyundai stopped in the middle of the road next to the brushy area where the suspected illegal alien was hiding. BPAs observed the suspected illegal alien exit the brushy area and enter the rear driver side passenger seat. BPAs stated the Hyundai then drove west on Via Independencia, then east on Camino Providencia to Interstate 19 (I-19). BPAs followed the Hyundai in an unmarked Border Patrol vehicle and watched as it exited I-19 and drove east on State Route 82 (SR). As BPAs followed, the Hyundai suddenly made a U-turn on SR 82. Agents observed that in their experience this was likely a counter-surveillance maneuver used by the driver to determine if they were being followed. Nogales Police Department (NPD) officers responded and initiated a traffic stop after observing that the driver of the Hyundai failed to obey a traffic control device. BPAs assisted the NPD officer and conducted an immigration inspection on the vehicle's two occupants. The driver, identified as **Jeremy Dominick Vancura**, was a United States citizen. The rear passenger, Alejandro Medias-Sanchez, was determined to be a Mexican citizen illegally present in the United States.

**Continued on next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Alejandro Medias-Sanchez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Jeremy Sykes |
|---|---|
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>October 3, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA: Price

**Continued From front page:**

Records check revealed Alejandro Medias-Sanchez does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Alejandro Medias-Sanchez stated he is a Mexican citizen, and he was going to pay $15,000 to be smuggled to New Jersey. He stated he illegally crossed the International Boundary Fence (IBF) and his group was guided via a cell phone. He was then picked up by a red SUV and taken to a stash house. On the date of his arrest, he was picked up by a white vehicle and dropped off in the brush. Later, shortly after, a silver car picked him up. He stated that he was told the kind of vehicle that would pick him up and that the driver honked and he ran and got into the vehicle. He stated he entered the rear passenger seat, and the driver told him if they were arrested to say he called an UBER.

After waiving his *Miranda Rights*, **Jeremy Dominick Vancura** stated that he was contacted on Snapchat by an individual who had a video with large quantities of money and was advertising for drivers. **Vancura** responded to the message and was instructed to download WhatsApp. He then shared his location with an individual he referred to as "G". **Vancura** then drove approximately 14 hours from his home in Richel, Texas to Nogales, Arizona. He stated he was going to be paid $6,000 a month for driving people. When asked, **Vancura** admitted it was very suspicious that he would be paid so much money and travel so far to just give someone a ride. **Vancura** further admitted that the locations he was sent, with coordinates and not addresses, were also suspicious. **Vancura** said that picking up someone from the brush, not an actual address, and being paid a large fee to drive them was very suspicious and he "should have known better." In a consensual search of his phone, BPAs observed a photograph of a different illegal alien who had been apprehended the same day as **Vancura**.